UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Devon Lamar Slade** **Docket No. 5:15-CR-244-1D**

**Petition for Action on Supervised Release**

COMES NOW Tyler L. Wiegand, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devon Lamar Slade, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(l) and 18 U.S.C. § 942(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 13, 2016, to the custody of the Bureau of Prisons for a term of 112 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On January 21, 2021, the case was reassigned to the Honorable James C. Dever III, U.S. District Judge. Devon Lamar Slade was released from custody on March 3, 2025, at which time the term of supervised release commenced.

On April 21, 2025, a Violation Report was submitted to the court due to the defendant testing positive for marijuana. The defendant was continued on supervision. On April 28, 2026, a Violation Report was submitted to the court due to alleged criminal conduct. The defendant was continued on supervision until adjudication in state court. On June 5, 2026, a Petition for Action was approved by the court addressing *U.S. v. McLaurin* and the defendant committing the offenses of Driving While License Revoked-Not Impaired Revocation, Expired Registration, Failure to Reduce Speed, and Expired/No Inspection. The defendant was continued on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 2, 2026, the defendant committed the offenses of Driving While License Revoked-Not Impaired Revocation and Fail to Yield from Private Drive (26CR21900), in Cumberland County, North Carolina. The defendant reported that he was involved in a motor vehicle accident but did not report the traffic citations that were received. The defendant was verbally reprimanded for and instructed to not operate a motor vehicle without a valid license. As a sanction for this conduct and to deter future non-compliance, it is respectfully recommended that the defendant's supervision be modified to include 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Tyler L. Wiegand
Tyler L. Wiegand
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2551
Executed On: September 29, 2026

**ORDER OF THE COURT**

Considered and ordered this 30 day of September, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
U.S. District Judge